

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |  |
|---|---|---|---|
| | § | | |
| RAUL ROMO JR., | § | No. 08-16-00274-CR | |
| Appellant, | § | Appeal from the | |
| v. | § | 384th District Court | |
| THE STATE OF TEXAS, | § | of El Paso County, Texas | |
| State. | § | (TC# 20160D01613) | |
| | § | | |

# O R D E R

The Court GRANTS the Appellant's sixth motion for extension of time within which to file the brief until **April 7, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Louis Elias Lopez, Jr., Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 7, 2017.

IT IS SO ORDERED this 4th day of April, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.